IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN EASTERLING                                            PLAINTIFF

v.                      No. 3:24-cv-52-DPM

NESTLE USA INC; NESTLE PREPARED
FOODS COMPANY; RYDER
INTEGRATED LOGISTICS INC; and
JOHN DOE 1-5                                      DEFENDANTS

## ORDER

The Court grants the agreed motion, *Doc. 31*. The Court directs Dr. Gabriel Jasso to provide the raw test data and test materials connected with his treatment of Brian Easterling to Dr. Juliette Galindo by 24 January 2026. Dr. Galindo may use all this information for her work in this case. It must otherwise remain confidential.

So Ordered.

                                   _____
                                   D.P. Marshall Jr.
                                   United States District Judge

                                   12 January 2026