# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRIAN EASTERLING**                                          **PLAINTIFF**

v.                                    **No. 3:24-cv-52-DPM**

**NESTLE USA, INC; VITALITY
FOODSERVICE, INC; NESTLE
PREPARED FOODS COMPANY; RYDER
SYSTEM, INC, d/b/a Ryder Refrigerated
Services; RYDER INTEGRATED
LOGISTICS, INC; LINEAGE
LOGISTICS, LLC and JOHN DOE 1-5**          **DEFENDANTS**

## JUDGMENT

Easterling's claims against Ryder System, Vitality Foodservice, and Lineage Logistics are dismissed without prejudice. His claims against Nestle USA, Nestle Prepared Foods Company, and Ryder Integrated Logistics are dismissed with prejudice. The Court retains jurisdiction until 20 September 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 July 2026